# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTE LJUBICIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civ. No. |
| | ) |
| INTERNATIONAL BROTHERHOOD OF | ) |
| ELECTRICAL WORKERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

Defendant International Brotherhood of Electrical Workers ("IBEW"), by the undersigned counsel, hereby gives notice of the removal of this action to this Court from the Superior Court of the District of Columbia, Civil Division, Small Claims and Conciliation Branch, pursuant to 28 U.S.C. §§ 1441 and 1446(a).  In support thereof, Defendant states as follows:

1.      The IBEW is the only named defendant in an action commenced in the Superior Court of the District of Columbia, Civil Division, Small Claims and Conciliation Branch, by a Statement of Claim filed on or around April 1, 2021, a copy of which is attached hereto as Exhibit 1.  This Statement of Claim constitutes all process, pleadings and matters received by Defendant in connection with this action.

2.      The Statement of Claim attached at Exhibit 1 was delivered to IBEW's front desk, reception area, or mail room, at 6:03 p.m. on May 3, 2021.

3.      This Notice of Removal is timely under 28 U.S.C. § 1446(b), having been filed within 30 days after receipt by the IBEW of the initial pleading.  Murphy Bros., Inc. v. Mitchetti Pipe Stringing, Inc., 526 U.S. 344, 357 (1999).

4.      Plaintiff's civil action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) and (b).  The Statement of Claim seeks pension benefit payments and damages from the IBEW's Pension Benefit Fund, a pension benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001 et. seq. (hereinafter "ERISA").  This matter is removable as this Court has original and concurrent jurisdiction under 29 U.S.C. § 1132(e) of a participant's or beneficiary's claim for benefits pursuant to Section 502(a)(1)(B) of ERISA, 29 U.S.C. § 1132(a)(1)(B), Metropolitan Life Insurance Co. v. Taylor, 481 U.S. 58, 107 S. Ct. 1542, 95 L.Ed.2d 55 (1987).  Although the Statement of Claim does not state whether it rests on federal or state law, this claim constitutes a claim for benefits allegedly due Plaintiff under ERISA under the terms of the IBEW's Pension Benefit Fund pursuant to Section 502(a)(1)(B) of ERISA and, as such, presents a federal question over which the District Court has original jurisdiction pursuant to 29 U.S.C. § 1331 and § 1337.  The Court may look beyond the nature of pleadings to assess the true nature of the complaint.  Further, any possible state law claim is completely preempted by 29 U.S.C. § 1144(a).

5.      In accordance with 28 U.S.C. § 1446(d), the Defendant shall promptly serve Plaintiff with a copy of this Notice of Removal and shall file a copy of this Notice of Removal with the clerk of the Superior Court of the District of Columbia, Civil Division, Small Claims and Conciliation Branch.

Dated:  June 1, 2021

/s/ Victoria L. Bor
Victoria L. Bor
SHERMAN DUNN, P.C.
900 7th Street, N.W., Suite 1000
Washington, DC 20001
Phone: (202) 785-9300
bor@shermandunn.com


Jennifer Bush Hawkins (admission pending)
POTTS-DUPRE, HAWKINS & KRAMER, CHTD.
900 7th Street, N.W., Suite 1020
Washington, DC 20001
Phone: (202) 223-0888
jhawkins@phk-law.com

*Attorneys for Defendant*
*International Brotherhood of Electrical*
*Workers*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY under the penalties of perjury that on this 1st day of June, 2021, a copy of the Notice of Removal was mailed via USPS first-class mail to

Ante Ljubicic
5 Rossie Street
Mystic, CT  06355

/s/ Jennifer Bush Hawkins
Jennifer Bush Hawkins
Potts-Dupre, Hawkins & Kramer, Chtd.
900 7th Street NW, Suite 1020
Washington, D.C. 20001
(202) 223-0888
jhawkins@phk-law.com
Attorneys for Defendant