

FILED
RECEIVED BY MAIL
APR 0 1 2021
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120   Website: www.dccourts.gov

Case No.: 2021 SC3 000334

Plaintiff(s): ANTE LJUBICIC
5 ROSSIE ST
MYSTIC   CT   06355
Address / Zip Code

vs.

Defendant(s): IBEW
900 7TH ST NW
WASHINGTON, DC 20001
Address / Zip Code

Phone No. 203-820-6752

**STATEMENT OF CLAIM**

See ATTACHED STATEMENT OF CLAIM

**Request for Relief:** See "REQUEST for Relief" attached hereto

DISTRICT OF COLUMBIA, ss: ANTE LJUBICIC being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Plaintiff/Agent (Sign and Print Name): ANTE LJUBICIC
Address: 5 ROSSIE ST
City/State/Zip Code: MYSTIC, CT 06355
Title: _____
Email: TLMECHANICAL@COMCAST.NET
Phone No. 203-820-6752

Subscribed and sworn to before me this 17th day of February, 20 21

(Notary Public or Deputy Clerk)

DIANA CAROLINA QUEZADA
Notary Public
Connecticut
My Commission Expires Oct 31, 2024

Attorney for Plaintiff (Sign and Print Name)   Bar No.
Address   City/State/Zip Code
Email   Phone No.

See the *Instructions to Defendants* on the back of this form, or attached to this form, for more information.

CV-471/Doc. 2018   Small Claims Form 11

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: 2021 SC3 000334

ANTE LJUBICIC
Plaintiff(s)

vs.

IBEW
900 7TH ST NW
WASHINGTON, DC 20001
Defendant(s)

Address / Zip Code

Phone No. 203 820 6752

### Notice

You are hereby notified that ANTE LJUBICIC has made a claim and is requesting judgment against you in the sum of Ten Thousand dollars ($10,000.00), as shown by the attached Statement of Claim.

The Court will hold a hearing on this claim on July 9, 2021 @ 9:00AM in the Small Claims and Conciliation Branch, 510 4th Street, N.W., Court Building B, B-119.

*(Located on 4th Street, NW, between E and F Streets. Closest metro stop: Judiciary Square, Red Line)*

Clerk of the Court or Deputy Clerk
Superior Court of the District of Columbia

This paper is a notice in a lawsuit seeking money damages. If you do not come to the hearing above, a judgment may be entered against you. If you cannot come to the hearing, please contact the Small Claims Clerk's Office immediately for more information. For more information, see the "Instructions to Defendants" page attached to or on the back of the attached Statement of Claim.

...

Este documento es un aviso en una demanda que solicita daños monetarios. Si usted no asiste a la audiencia mencionada anteriormente, se puede dictar un fallo en su contra. Si no puede asistir a la audiencia, comuníquese de inmediato con la Oficina del Secretario de Demandas de Menor Cuantía para obtener más información. Para obtener más información, consulte la página "Instrucciones a los Demandados" que se adjunta a la Declaración de Demanda adjunta o al dorso de la misma.

...

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    번역을 원하시면, (202) 879-4828 로 전화주십시요

Để có một bài dịch, hãy gọi (202) 879-4828    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

2/20/20

**STATEMENT OF CLAIM**

I have been a member of good standing with the International Brotherhood of Electrical Workers Union. I applied for my pension on my 65th birthday, February 2019 as I was eligible for a full pension by IBEW and Local Union No. 3 rules, and paid the dues until my 66th birthday as I was told to do. On my 66th birthday, February 5, 2020 I have retired and started to collect my social security and the pension from Joint Industry Board of the Electrical Industry, Local 3 operating in New York. IBEW is refusing to start giving me my pension stating that I must surrender my professional license before I can start collecting. I am not an electrician; I never had an IBEW associated electrical professional license and do not have any contacts with any businesses affiliated with an electrical union. I became self-employed and have stopped working at my last place of employment associated with an electrical union in June of 1990. I am requesting that IBEW pay my pension benefits retroactively starting with March 2019, as the Local 3 union did. Monthly compensation is $157.50, according to what I was told so far.

I was fraudulently misled and denied my benefits so far by IBEW which is claiming that my PLUMBING and MECHANICAL license is in violation of the ELECTRICAL union charter and contracts. My professional licensing should not be in violation of their ELECTRICAL industry contracts, as they are for plumbing, piping and mechanical work and if the IBEW has any contracts in those fields, than they are in violation of their charter.

After I resigned from my last job associated with IBEW and Local 3 union, I was directed to pay my dues to the IBEW rather than Local Union No. 3. Now, after 29 years of doing so, they tell me that I am not eligible for my retirement benefits because of some violation to some contract, which in turn, even now, after my written requests they would not provide any documentation or specifics for those violations to support their claim. They are not straight forward with their members, they give misleading advice as I don't have any access to their bi-laws except for what they provide me with, and they pick and choose as they go along. Why would anyone pay dues for 29 years and wind up with an expense of $5,366.00 if on the end they will not be able to collect their benefits.

I have requested that the IBEW provide to me the pertinent documents including the contract and agreement for the period I was employed under the union contract and I will provide those to the court when received as well as additional pertinent documents.

**REQUEST FOR RELIEF:**

I am requesting a payment of $3,937.50 which represents 25 months of retroactive pension starting March 2019 through March 2021.

I am also requesting an additional amount of $6,062.50 for the damages due to the fraudulent misrepresentation.



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

__ANTE LJUBICIC__
**Plaintiff(s)**
    v.
__IBEW__
**Defendant(s)**

*(The information collected on this form is used solely for court administration and statistical purposes.)*

| | |
|---|---|
| __ANTE LJUBICIC__<br>Name *(please print or type)* | *Relationship to Lawsuit*: ✓<br>☐ Attorney for Plaintiff  ☑ Self (Pro Se / No Attorney)<br>☐ Other: _____ |
| _____<br>Firm Name *(if applicable)* | *Service Method*:<br>☑ Certified Mail by Clerk (How many? __1__)<br>☐ With Restricted Delivery *(check if applicable)* |
| __203-820-6752__<br>Telephone No.       Bar. No. | ☐ Registered Mail by Clerk (How many? _____)<br>☐ With Restricted Delivery *(check if applicable)*<br>☐ Special Process Server (You must file an Application for Approval of Special Process Server) |

Do you need an interpreter? ☐ Yes ☑ No     *If yes, which language(s)?* _____

Amount in Controversy:    ☐ $1 - $500    ☐ $500.01 - $2,500    ☑ $2,500.01 - $10,000

Pending or re-filed case(s) related to the action being filed:
Case No.: _____         Case No.: _____

**NATURE OF SUIT:** *(Check ONE box only that most accurately describes your primary case)*

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing

| | | |
|---|---|---|
| ☑ Breach of Contract | ☐ Breach of Warranty | ☐ Personal Property |
| ☐ Negotiable Instrument | ☐ Loan | ☐ Rent Due |
| ☐ Unpaid Wages | ☐ Services Rendered | ☐ Security Deposit |
| ☐ Debt Suit | ☐ Home Improvement Contract | ☐ Oral |

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another

| | | |
|---|---|---|
| ☐ Automobile | ☐ Conversion | ☐ Shop Lifting |
| ☐ Property Damage | ☐ Destruction of Property | ☐ Trespass |

**C. PERSONAL TORTS** – a claim for an injury or wrong committed on the person of another

| | | | |
|---|---|---|---|
| ☐ Assault and Battery | ☐ Personal Injury | ☐ Libel and Slander | ☐ Slip and Fall |
| ☐ Automobile | ☐ Fraudulent Misrepresentation | ☐ Negligence | |

**D.** ☐ **UNIFORM ARBITRATION ACT** – an action based on an arbitration agreement      **E.** ☐ **SUBROGATION** – a claim filed by one person in the place of another

**F.** ☐ **FOREIGN JUDGMENT (DOMESTIC)** – judgment, decree or order filed from another jurisdiction      **G.** ☐ **COLLECTION** – a claim filed by a seller / lender to collect a consumer debt

**H.** ☐ **FOREIGN JUDGMENT (INTERNATIONAL)** – judgment, decree or order filed from another country

**I.** ☐ **MEDICAL MALPRACTICE** – a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing?    ☐ Yes    ☐ No

CV-3046/Rev. Sept. 2018